**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **JOSHUA C. B.,** : | |
| : | |
| Plaintiff, : | Case No. 2:25-cv-00230 |
| : | |
| v. : | Judge Algenon L. Marbley |
| : | Magistrate Judge Caroline H. Gentry |
| **COMMISSIONER OF SOCIAL** : | |
| **SECURITY,** : | |
| : | |
| Defendant. : | |

# ORDER

This matter comes before this Court on the Parties' Joint Motion to Remand to the Commissioner. (ECF No. 8). The Parties seek to remand this case to the Commissioner for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g). (*Id*. at 1). Upon remand, the Parties provide that "the Appeals Council will remand the matter to an Administrative Law Judge for further proceedings" and that "the claim will be completely reevaluated starting at the beginning of the sequential evaluation, including offering Plaintiff a hearing." (*Id*.). Accordingly, the Motion (ECF No. 8) is **GRANTED** and the matter is hereby **REMANDED** to the Commissioner for further administrative proceedings. The Clerk of Court is **DIRECTED** to enter a separate judgment as required by Fed. R. Civ. P. 58.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE**

**DATED: June 23, 2025**