IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOSHUA B., | : |
| Plaintiff, | : Case No. 2:25-cv-00230 |
| v. | : Judge Algenon L. Marbley |
| | : Magistrate Judge Caroline H. Gentry |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant. | : |

## ORDER

This matter comes before the Court on the parties' Joint Motion for an Award of Attorney Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (ECF No. 11). The parties jointly stipulate and petition this Court to enter an award of attorneys' fees in the amount of $1,750.00 to the Plaintiff, in full satisfaction and settlement of any and all claims Plaintiff may have under the Equal Access to Justice Act.

The parties state that any fees paid belong to Plaintiff, and not their attorney, and can be offset to satisfy pre-existing debt that Plaintiff owes to the United States. *See Astrue v. Ratcliff*, 560 U.S. 586 (2010). After this Court enters the award, counsel for the parties shall verify that Plaintiff owes no pre-existing debt to the Government subject to offset; then, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and counsel.

In light of the foregoing, this Court **GRANTS** the parties' Joint Stipulation to award Plaintiff attorneys' fees in the amount of $1,750.00.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE**

**DATED: November 6, 2025**